# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00464-JCM-GWF |
| Plaintiff, | **ORDER** |
| vs. | MOTION FOR PREPARATION OF PRE-PLEA PRESENTENCE REPORT (#28) |
| JAMES LATIK HARRIS, | |
| Defendant. | |

This matter comes before the Court on Defendant James Latik Harris's ("Defendant") Motion for the Preparation of Pre-Plea Presentence Report (#28), filed on June 25, 2013. The Motion (#28) is unopposed. Defendant represents the preparation of a pre-plea presentence report to determine whether he will qualify as a career criminal will facilitate finalizing a plea agreement. The Court finds that Defendant established good cause for the preparation of a report. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for the Preparation of Pre-Plea Presentence Report (#28) is **granted.**

**IT IS FURTHER ORDERED** that the United States Department of Probation shall prepare a Pre-Plea Presentence Investigation Report no later than 30 days after the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order on the United States Department of Probation.

DATED this 16th day of July, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge