# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00464-JCM-GWF |
| Plaintiff, | **ORDER** |
| vs. | Motion to Dismiss (#34) |
| JAMES LATIK HARRIS, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Dismiss (#34), filed on September 9, 2013. In light of Defendant's change of plea before the District Judge in this case, *see October 24, 2013 Minutes of Proceedings, Doc. #46*, the Court will vacate the Motion to Dismiss (#34). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Harris' Motion to Dismiss Counts One through Four of the Indictment (#34) is **vacated** without prejudice.

DATED this 5th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge